COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Noah Daniel Radbil and The Law Office of Noah D. Radbil, PLLC v. Medard Interest,Inc., Claude Phillipe Medard, and Claude Pierre Medard

Appellate case number:  01-19-00762-CV

Trial court case number:  2019-22529

Trial court:              281st District Court of Harris County

On October 24, 2019, the court reporter filed a notice that the reporter's record was not filed because appellant either had not requested it or had not made financial arrangements. Appellant was advised that unless the court received written proof by November 4, 2019 that arrangements had been made for the preparation and filing of the reporter's record, it might be required to file a brief without a reporter's record.

The clerk's record was filed on November 4, 2019. Appellee then filed motions to submit the appeal without briefs and without a reporter's record.

The motion to proceed without a reporter's record is **granted**—the Court had already advised appellant that the appeal might be submitted without a reporter's record. Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

The motion to submit the case without briefs is **denied**. Rule 28.1(e) states that an appellate court may allow the case to be submitted without briefs, but this Court chooses to require briefing by the parties. *See* TEX. R. APP. P. 28.1(e). Accordingly, appellant's brief must be filed **no later than 20 days after the date of this order**. TEX. R. APP. P. 38.6(a). Appellees' brief will be due **within 20 days after appellants' brief has been filed**. TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___January 9, 2020_____